O

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICARDO MIXON,<br><br>Petitioner,<br><br>v.<br><br>JIM ROBERTSON, Warden,<br><br>Respondent. | Case No. CV 21-8682 RSWL (MRW)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court reviewed the petition, the records on file, and the Report and Recommendation of the United States Magistrate Judge. Petitioner did not file any written objections to the report. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS ORDERED that Judgment be entered denying the petition and dismissing this action with prejudice.

DATE: June 7, 2022         ___*/S/ RONALD S.W. LEW*___
                           HON. RONALD S.W. LEW
                           SENIOR U.S. DISTRICT JUDGE