JS-6

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICARDO MIXON, | Case No. CV 21-8682 RSWL (MRW) |
| Petitioner, | |
| v. | JUDGMENT |
| JIM RICHARDSON, Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the petition is denied and this action is dismissed with prejudice.

DATE: June 7, 2022  /S/ RONALD S.W. LEW
HON. RONALD S.W. LEW
SENIOR U.S. DISTRICT JUDGE